UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REGINALD A. QUINONES,                    )
                                          )
          Plaintiff,                      )
                                          )
     vs.                                  )          Case No. 4:05 CV 1067 JCH
                                          )
DAIMLERCHRYSLER CORP.,                    )
                                          )
          Defendant                       )
_____   )

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is

**DISMISSED**.

Dated this <u>26th</u> day of October, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com